UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMICKO MURRAY McIVER,

                Plaintiff,

       -against-                        19-CV-10584 (CM)

DEP'T OF SOCIAL SERVICES; LATOYA        CIVIL JUDGMENT
CLARKE; MRS. VANLAN; MRS.
BARBARA CARTY,

                Defendants.

COLLEEN McMAHON, Chief United States District Judge:

    Pursuant to the order issued August 28, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: August 28, 2020
       New York, New York

                                              COLLEEN McMAHON
                                              Chief United States District Judge